JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN DUKES, | ) | Case No. CV 11-10140-CJC (DTB) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| WARDEN CASH, et al., | ) | |
| Respondents. | ) | |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:   December 20, 2011

　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE